IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TOMMY GAY, ET AL                                                PLAINTIFFS

VS.                    CASE NO. 1:09CV00010 JMM

CITY OF HEBER SPRINGS, ET AL                                    DEFENDANTS

## ORDER

The Joint Motion to Dismiss is granted (#23) based upon the parties reaching and full and final settlement of all claims. Plaintiffs's claims are dismissed with prejudice.

IT IS SO ORDERED THIS __4__ day of __March__, 2010.


_____
James M. Moody
United States District Judge